**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| 14PNWDC LLC and 14PDC LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-1342 (LLA) |
| | ) | |
| ELMER ZAPATA-MERCADO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# DECLARATION OF JASON H. EHRENBERG IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jason H. Ehrenberg, declare as follows:

1. I am an attorney with Holon Law Partners LLP (DC # 469077) and a member of the Bar of this Court. I represent Plaintiffs 14PNWDC LLC and 14PDC LLC in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently to them.

2. On [DATE], 2026, I delivered to [the Association's Board / managing agent / counsel] the tenant lease documentation for Units C01, C02, and C03, and advised that Unit 402 was vacant. [Confirm date, method, and recipient.]

3. On September 25, 2026, Plaintiffs' principal, Thomas Eliopoulos II, forwarded to me by email the Association's "Formal Notice of Default" dated September 25, 2026, with four attached unit ledgers. Those documents are Exhibits A through E to the Declaration of Thomas Eliopoulos II.

4. Attached as Exhibit H is a true and correct copy of the Association's May 26, 2026 resolution titled "Motion to Impose Fines for Bylaw Non-Compliance," previously filed in this action at ECF No. 9-[X].

5. Attached as Exhibit I are true and correct copies of the Association's May 28, 2026 "Motion to Approve Legal Defense Advancement, $10,000 Legal Retainer Fund, and Special Assessment" and its June 30, 2026 "Amended and Restated Consent Resolution," as filed by Defendants in this action at ECF Nos. 27-2 and 27-13.

6. Attached as Exhibit J is a true and correct copy of the recorded Bylaws of P St Flats Condominium, recorded among the land records of the District of Columbia as Document No. 2023039969, as filed by Defendants in this action at ECF No. 27-10.

7. On October 1, 2026, at 6:16 p.m. ET, I sent an email to Justin B. Nemeroff, Esq., of Wortman & Nemeroff, P.A., counsel for Defendants and the Association, describing the relief requested in Plaintiffs' Renewed Motion and asking whether Defendants and the Association consent to, oppose, or take no position on that relief, in whole or in part. A true and correct copy of that email is attached as Exhibit M. As of 8:30 a.m. ET on October 5, 2026, I had received no response.

8. On October 5, 2026, I served the Renewed Motion, the supporting memorandum, both declarations and their exhibits, and the proposed order on Mr. Nemeroff by email at jbn@wortmannemeroff.com and through the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026,

Jason Ehrenberg

Jason H. Ehrenberg